NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANIEL SAUNDERS,                         )
                                         )
          Appellant,                     )
                                         )
v.                                       )        Case No. 2D18-3566
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
_____)

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Highlands County; Peter F. Estrada,
Judge.


PER CURIAM.

          Affirmed.  See Ransone v. State, 48 So. 3d 692 (Fla. 2010).


NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM,JJ., Concur.